MAXWELL D. SILVERMAN et al., Appellants, v. ARMON H. TOOMAJIAN et al., Respondents.— Order unanimously affirmed, with $10 costs. No opinion. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.